KEITH M. WHITE #188536
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Defendants, GLENN DODSON
and LINDA J. DODSON

TANYA E. MOORE #206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, CA  95112
Telephone:  (408) 298-2000
Facsimile:  (408) 298-6046

Attorneys for Plaintiff, OSCAR FLORES

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OSCAR FLORES,<br><br>  Plaintiff(s),<br><br>v.<br><br>GLENN DODSON; LINDA J. DODSON; JASVIR SINGH SOHAL dba KWIK KORNER,<br><br>  Defendant(s). | NO.   1:15-cv-00570---BAM<br><br>**SECOND STIPULATIONTO EXTEND DEFENDANTS GLENN DODSON AND LINDA J. DODSON'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**; **ORDER**<br><br>Complaint Served:  April 22, 2015<br>Current Response Date:  June 10, 2015<br>New Response Date:  July 2, 2015 |

WHEREAS, the responsive pleading of Defendants, Glenn Dodson and Linda J. Dodson (hereinafter "Dodsons"), was due on June 10, 2015, as the result of a stipulation which extended their deadline to respond by not more than 28 days;

WHEREAS, the scheduling conference in this matter is currently set for July 23, 2015;

///

///

WHEREAS, Plaintiff, Oscar Flores (Flores), and Dodsons wish additional time to attempt resolution of the matter without incurring fees and costs associated with filing responsive pleadings ;

WHEREAS, the parties wish to conserve the Court's resources and time and not unnecessarily burden the Court with a matter that will likely be informally resolved;

WHEREAS, a brief extension of time is necessary in order to complete the terms of the settlement between the parties and it is likely that the case will settle without further use of the Court's resources and time;

WHEREAS, the extension granted in this Stipulation will not affect or change any of the currently scheduled Court dates in this case.

NOW, THEREFORE, Plaintiff, Oscar Flores, through his attorney of record, and Defendants, Glenn Dodson and Linda J. Dodson, through their attorney of record, hereby stipulate as follows:

1. That Defendants' Glenn Dodson and Linda J. Dodson's time to respond to the Complaint be extended to July 2, 2015, which extension exceeds 28 days from the initial deadline.

Dated: June 15, 2015          COLEMAN & HOROWITT, LLP


                              By:    /s/ Keith M. White
                                   KEITH M. WHITE
                                   Attorneys for Defendant,
                                   GLENN DODSON and LINDA J. DODSON


Dated: June 15, 2015          MOORE LAW FIRM, P.C.


                              By:    /s/ Tanya E. Moore
                                   TANYA E. MOORE
                                   Attorneys for Plaintiff
                                   OSCAR FLORES

## **ORDER**

The Parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that Defendants GLENN DODSON and LINDA J. DODSON's response to the Complaint be filed no later than July 2, 2015.

**IT IS FURTHER ORDERED that** the Scheduling Conference is continued from July 23, 2015 to August 25, 2015 at 8:30 a.m. before Judge McAuliffe.

IT IS SO ORDERED.

Dated**:   June 16, 2015**                    /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE